## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re GERSON LEHRMAN GROUP, INC. DATA SECURITY INCIDENT LITIGATION, | Lead Case No. 24-cv-2194 (KPF) |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs, through their undersigned counsel, hereby give notice that the above-captioned action is voluntarily dismissed, with prejudice, against Defendant Gerson Lehrman Group, Inc.

DATED: November 25, 2024

Respectfully submitted,

/s/ Mason A. Barney
Mason A. Barney
Tyler J. Bean (*pro hac vice* to be filed)
**SIRI & GLIMSTAD LLP**
745 Fifth Avenue, Suite 500
New York, New York 10151
Tel: (646) 357-1732
E: mbarney@sirillp.com
E: tbean@sirillp.com

/s/ Raina Borrelli
Raina Borrelli
Samuel J. Strauss
**TURKE & STRAUSS LLP**
613 Williamson Street, Suite 201
Madison, Wisconsin 53703
Telephone: (608) 237-1775
Facsimile: (608) 509-4423
E: sam@turkestrauss.com
E: raina@turkestrauss.com

/s/ James Bilsborrow
James Bilsborrow
**WEITZ & LUXENBERG, PC**
700 Broadway
New York, NY 10003
Telephone: (212) 558-5500

Facsimile: (212) 344-5461
E: jbilsborrow@weitzlux.com

*/s/ Nicholas A. Migliaccio*
Nicholas A. Migliaccio
Jason Rathod
**MIGLIACCIO & RATHOD, LLP**
412 H Street NE Washington, D.C. 20002
Telephone: (202) 470-3520
E: nmigliaccio@classlawdc.com

*/s/ David K. Lietz*
David K. Lietz
**MILBERG COLEMAN BRYSON**
**PHILLIPS GROSSMAN, PLLC**
5335 Wisconsin Avenue NW, Suite 440
Washington, D.C. 20015-2052
Telephone: (866) 252-0878
Facsimile: (202) 686-2877
E: dlietz@milberg.com

*/s/ Vicki J. Maniatis*
Vicki J. Maniatis
**MILBERG COLEMAN BRYSON**
**PHILLIPS GROSSMAN, PLLC**
100 Garden City Plaza, Suite 500
Garden City, New York 11530
Telephone: (212) 594-5300
E: vmaniatis@milberg.com

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 25, 2024, the foregoing document was served via this Court's CM/ECF system to all counsel of record.

*/s/ Mason A. Barney*
Mason A. Barney
