

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re GERSON LEHRMAN GROUP, INC. DATA SECURITY INCIDENT LITIGATION, | Lead Case No. 24-cv-2194 (KPF) |

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs, through their undersigned counsel, hereby give notice that the above-captioned action is voluntarily dismissed, with prejudice, against Defendant Gerson Lehrman Group, Inc.

DATED: November 25, 2024

Respectfully submitted,

*/s/ Mason A. Barney*
Mason A. Barney
Tyler J. Bean (*pro hac vice* to be filed)
**SIRI & GLIMSTAD LLP**
745 Fifth Avenue, Suite 500
New York, New York 10151
Tel: (646) 357-1732
E: mbarney@sirillp.com
E: tbean@sirillp.com

*/s/ Raina Borrelli*
Raina Borrelli
Samuel J. Strauss
**TURKE & STRAUSS LLP**
613 Williamson Street, Suite 201
Madison, Wisconsin 53703
Telephone: (608) 237-1775
Facsimile: (608) 509-4423
E: sam@turkestrauss.com
E: raina@turkestrauss.com

*/s/ James Bilsborrow*
James Bilsborrow
**WEITZ & LUXENBERG, PC**
700 Broadway
New York, NY 10003
Telephone: (212) 558-5500

Facsimile: (212) 344-5461
E: jbilsborrow@weitzlux.com

*/s/ Nicholas A. Migliaccio*
Nicholas A. Migliaccio
Jason Rathod
**MIGLIACCIO & RATHOD, LLP**
412 H Street NE Washington, D.C. 20002
Telephone: (202) 470-3520
E: nmigliaccio@classlawdc.com

*/s/ David K. Lietz*
David K. Lietz
**MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN, PLLC**
5335 Wisconsin Avenue NW, Suite 440
Washington, D.C. 20015-2052
Telephone: (866) 252-0878
Facsimile: (202) 686-2877
E: dlietz@milberg.com

*/s/ Vicki J. Maniatis*
Vicki J. Maniatis
**MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN, PLLC**
100 Garden City Plaza, Suite 500
Garden City, New York 11530
Telephone: (212) 594-5300
E: vmaniatis@milberg.com

*Attorneys for Plaintiffs*

```
The Clerk of Court is directed to terminate all pending motions,
adjourn all remaining dates, and close each of the four related and
member cases, including 24 Civ. 2194, 24 Civ. 2202, 24 Civ. 2229,
and 24 Civ. 2725.  The Clerk of Court is further directed to file
this endorsement in each of the four cases.

Dated:     November 26, 2024         SO ORDERED.
           New York, New York
```

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE

I hereby certify that on November 25, 2024, the foregoing document was served via this Court's CM/ECF system to all counsel of record.

*/s/ Mason A. Barney*
Mason A. Barney